# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

|  |  |
|---|---|
| Jill Russell on behalf of herself and others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>Alorica, Inc.,<br><br>　　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)  Case No. 08-CV-194-GKF-TLW<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

Upon consideration of the parties' Joint Motion for Settlement Approval (Dkt. 149), and having reviewed the Memorandum and exhibits, and for good cause shown, it is **ORDERED, ADJUDGED** and **DECREED** that:

1. The Settlement: (a) is fair to all parties; (b) reasonably resolves a bona fide disagreement between the parties with regard to the merits of the claims asserted in the action; and (c) demonstrates a good faith intention by the parties that the Plaintiffs' claims be fully and finally resolved, and not re-litigated in whole or in part at any point in the future. The Settlement is therefore **APPROVED** by the Court.

2. Plaintiffs David Hillis, Sunni Hillis, Alex Goretoy, and Thomas Toner are dismissed without prejudice and the statute of limitations on their respective claims is tolled for 60 days from the date of this Order.

3. This action is **DISMISSED WITH RESPECT TO ALL OTHER PARTIES WITH PREJUDICE.**

4. Each party shall bear his/her/its own costs and attorneys' fees except as otherwise provided in the Stipulation of Settlement.

ENTERED this 19th day of March, 2009.

Gregory K. Frizzell
United States District Judge
Northern District of Oklahoma